IN THE SUPREME COURT
STATE OF NORTH DAKOTA

**JUDGMENT**

Supreme Court No. 20230145
Cass County Case No. 2022-CR-03326

Appeal from the district court for Cass County.

**State of North Dakota,**                                    **Plaintiff and Appellee**
    v.
**Aaron Wayne Anderson,**                                **Defendant and Appellant**

[¶1]    This appeal was considered by the Court at the October 2023 Term and an opinion was filed.  The Court considered the matter, and

[¶2]    IT IS ORDERED AND ADJUDGED that the judgment of the district is AFFIRMED.

[¶3]    This judgment, together with the opinion of the Court filed this date, constitutes the mandate of the Supreme Court on the date it is issued to the district court under N.D.R.App.P. 41.

Dated: November 9, 2023

By the Court:

Jon J. Jensen
Chief Justice

ATTEST:

Lisa J.H. Andersen
Chief Deputy Clerk

